# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-09257-CJC (SHK)** | Date: | October 4, 2018 |
| Title: | ***Christopher Hunter v. Deputy Sandoval, et al.*** | | |

Present: The Honorable    Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

On August 31, 2018, the Court dismissed Plaintiff's First Amended Complaint with leave to amend. Electronic Case Filing ("ECF No.") 14.   The Court also provided Plaintiff with a blank Civil Rights Form and a Voluntarily Dismissal form if either was desired.  Plaintiff's Second Amended Complaint ("SAC") was due on before September 21, 2018.  To date, Plaintiff has failed to file a SAC within the allotted time nor has he requested an extension of time within which to do so.

Accordingly, on or before **<u>October 25, 2018</u>**, Plaintiff is ORDERED to either (a) advise the Court that he does not desire to pursue this action; (b) if plaintiff does desire to pursue this action, show good cause in writing, if any exists, why plaintiff has not timely filed with the Court his SAC, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (c) file a SAC.  Plaintiff is forewarned that, if he fails to do either of the provided options, the Court may deem such failure a further violation of a Court order justifying dismissal, and also deem such failure as further evidence of a lack of prosecution on Plaintiff's part.

**IT IS SO ORDERED.**