JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HUNTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPUTY SANDOVAL, et al., <br><br> Defendants. | Case No. 2:17-cv-09257-CJC (SHK) <br><br><br> JUDGMENT |

   Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that the action is DISMISSED without prejudice.

Dated: 12/12/2018

HONORABLE CORMAC J. CARNEY
United States District Judge